# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR LOPEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NEWPORT BEACH POLICE DEPARTMENT, CITY OF NEWPORT BEACH, CONNOR MILLER, JOSH VINCELET (Newport Beach Police Department, in his individual capacity), and Does 1-100,<br><br>　　　　Defendants. | **Case No. SA CV 17-488-VBF-MRW**<br><br>**FINAL JUDGMENT** |

　　Final judgment is hereby entered in favor of all defendants and against plaintiff Arthur Lopez.  IT IS SO ADJUDGED.

Date:  October 18, 2018　　　　　　_/s/ Valerie Baker Fairbank_____

　　　　　　　　　　　　　　　　Hon. VALERIE BAKER FAIRBANK
　　　　　　　　　　　　　　　　Senior United States District Judge